JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY D. BRUCE, | ) | Case No. EDCV 09-1127-JVS (DTB) |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that petitioner's Motion to Stay the Proceedings in Abeyance to Exhaust State Remedies is denied, the Petition is denied and this action is dismissed without prejudice.

DATED: April 1, 2010

*[signature]*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE